

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2015

No. 04-15-00490-CR

**IN RE** Joseph Aaron **HENRY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On August 5, 2015, relator filed a pro se petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on August 10, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. J92-53A, styled *In the Matter of J.A.H., A Child*, County Court, Kerr County, Texas, and A92-385, styled *The State of Texas v. Joseph Aaron Henry*, 216th Judicial District Court, Kerr County, Texas.